J. C. DARRAH, ALIAS BILL HENDERSON V. THE STATE.

No. 9865. Delivered February 10, 1926.

**Theft, a Felony—No Statement of Facts—No Bills of Exception.**

Where a record appears without either statement of facts, or bills of exceptions, and no fundamental error appears, the cause will be affirmed, and it is so ordered in this case.

Appeal from the Criminal District Court of Tarrant County. Tried below before the Hon. Geo. E. Hosey, Judge.

Appeal from a conviction of felony theft, penalty three years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Tarrant County of felony theft, and his punishment fixed at three years in the penitentiary.

The record is before us without any bill of exceptions or statement of facts. The indictment appears regular and is followed by the charge of the court.

The judgment will be affirmed.

*Affirmed.*